## STATE

v.

### Albert F. YOUNG.

### No. 80–292–C.A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Salmanson, Sp. Asst. Atty. Gen., for plaintiff.

David R. Ursillo, Providence, for defendant.

ORDER

The Public Defender's motion to withdraw as counsel for defendant is granted. David Ursillo is hereby appointed to represent defendant in the further prosecution of this appeal.